| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address) | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: <br> ATTORNEY FOR (Name): | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO <br> 400 McAllister Street <br> San Francisco, CA 94102-4514 | |
| PLAINTIFF/PETITIONER: | |
| DEFENDANT/RESPONDENT: | |
| **STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION (ADR)** | CASE NUMBER: <br><br> DEPARTMENT 610 |

1) **The parties hereby stipulate that this action shall be submitted to the following ADR process:**

☐ **Early Settlement Program of the Bar Association of San Francisco (BASF)** - Pre-screened experienced attorneys provide a minimum of 2 hours of settlement conference time for a BASF administrative fee of $250 per party. Waivers are available to those who qualify. BASF handles notification to all parties, conflict checks with the panelists, and full case management. www.sfbar.org/esp

☐ **Mediation Services of BASF** - Experienced professional mediators, screened and approved, provide one hour of preparation and the first two hours of mediation time for a BASF administrative fee of $250 per party. Mediation time beyond that is charged at the mediator's hourly rate. Waivers of the administrative fee are available to those who qualify. BASF assists parties with mediator selection, conflicts checks and full case management. www.sfbar.org/mediation

☐ **Private Mediation** - Mediators and ADR provider organizations charge by the hour or by the day, current market rates. ADR organizations may also charge an administrative fee. Parties may find experienced mediators and organizations on the Internet.

☐ **Judicial Arbitration** - Non-binding arbitration is available to cases in which the amount in controversy is $50,000 or less and no equitable relief is sought. The court appoints a pre-screened arbitrator who will issue an award. There is no fee for this program. www.sfsuperiorcourt.org

☐ **Other ADR process (describe)** _____

2) The parties agree that the ADR Process shall be completed by (date): _____

3) Plaintiff(s) and Defendant(s) further agree as follows:

_____
_____

| Name of Party Stipulating | Name of Party Stipulating |
|---|---|
| Name of Party or Attorney Executing Stipulation | Name of Party or Attorney Executing Stipulation |
| Signature of Party or Attorney | Signature of Party or Attorney |
| ☐ Plaintiff ☐ Defendant ☐ Cross-defendant | ☐ Plaintiff ☐ Defendant ☐ Cross-defendant |
| Dated: _____ | Dated: _____ |

☐ *Additional signature(s) attached*

ADR-2 07/12      **STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION**

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:            FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER:
DEFENDANT/RESPONDENT:

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| (Check one): ☐ **UNLIMITED CASE**    ☐ **LIMITED CASE** <br> (Amount demanded     (Amount demanded is $25,000 <br> exceeds $25,000)              or less) | |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:
Date:          Time:          Dept.:          Div.:          Room:
Address of court *(if different from the address above)*:

☐ Notice of Intent to Appear by Telephone, by *(name)*:

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. ☐ This statement is submitted by party *(name)*:
   b. ☐ This statement is submitted jointly by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*:
   b. ☐ The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not)*:
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) ☐ have had a default entered against them *(specify names)*:
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:

4. **Description of case**
   a. Type of case in ☐ complaint    ☐ cross-complaint    *(Describe, including causes of action)*:

Form Adopted for Mandatory Use               **CASE MANAGEMENT STATEMENT**             Page 1 of 5
Judicial Council of California                                                                                                  Cal. Rules of Court,
CM-110 [Rev. July 1, 2011]                                                                                                 rules 3.720–3.730
                                                                                                                             www.courts.ca.gov

|  | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER: | CASE NUMBER: |
| DEFENDANT/RESPONDENT: | |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
   The party or parties request ☐ a jury trial ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☐ The trial has been set for *(date):*
   b. ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
   The party or parties estimate that the trial will take *(check one):*
   a. ☐ days *(specify number):*
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
   The party or parties will be represented at trial ☐ by the attorney or party listed in the caption ☐ by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:
   e. E-mail address:
   ☐ Additional representation is described in Attachment 8.
   f. Fax number:
   g. Party represented:

9. **Preference**
   ☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
    a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
       (1) For parties represented by counsel: Counsel ☐ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
       (2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.
    b. **Referral to judicial arbitration or civil action mediation** (if available).
       (1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
       (2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
       (3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

| | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER:<br>DEFENDANT/RESPONDENT: | CASE NUMBER: |

**11. Insurance**
   a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:
   b. Reservation of rights: ☐ Yes ☐ No
   c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

**12. Jurisdiction**
   Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
   ☐ Bankruptcy ☐ Other *(specify)*:
   Status:

**13. Related cases, consolidation, and coordination**
   a. ☐ There are companion, underlying, or related cases.
      (1) Name of case:
      (2) Name of court:
      (3) Case number:
      (4) Status:
      ☐ Additional cases are described in Attachment 13a.
   b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

**14. Bifurcation**
   ☐ ·The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

**15. Other motions**
   ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:

**16. Discovery**
   a. ☐ The party or parties have completed all discovery.
   b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

   Party                    Description                                                      Date

   c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify)*:

| | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER: | CASE NUMBER: |
| DEFENDANT/RESPONDENT: | |

17. **Economic litigation**
    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.
    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed (if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):

18. **Other issues**
    ☐ The party or parties request that the following additional matters be considered or determined at the case management conference (specify):

19. **Meet and confer**
    a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court (if not, explain):

    b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following (specify):

20. Total number of pages attached (if any): _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

_____  ▶ _____
(TYPE OR PRINT NAME)           (SIGNATURE OF PARTY OR ATTORNEY)

_____  ▶ _____
(TYPE OR PRINT NAME)           (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

## Document Scanning Lead Sheet

Feb-28-2014 1:58 pm

Case Number: CGC-14-537426

Filing Date: Feb-28-2014 1:58

Filed by: ANNA TORRES

Juke Box: 001  Image: 04395222

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

EVON CORPORATION VS. JUSTICE INVESTORS,A CALIFORNIA LIMITED PARTNERSHIP et al

001C04395222

**Instructions:**
Please place this sheet on top of the document to be scanned.

**By Fax**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>ROBERT R. MOORE | SBN: 113818<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP<br>THREE EMBARCADERO CENTER, 12TH FL<br>SAN FRANCISCO, CA 94111<br>TELEPHONE NO.: (415) 837-1515 | FAX NO. | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: EVON CORPORATION | FOR COURT USE ONLY<br><br>**FILED**<br>San Francisco County Superior Court<br><br>FEB 28 2014<br><br>CLERK OF THE COURT<br>BY: _____<br>Deputy Clerk |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 MCALLISTER STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: EVON CORPORATION<br>DEFENDANT/RESPONDENT: JUSTICE INVESTORS., ET AL. | CASE NUMBER:<br>CGC-14-537426 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>373860-00001 1859 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] Cross-complaint
   f. [X] other *(specify documents)*: NOTICE TO PLAINTIFF RE: A CASE MANAGEMENT CONFERENCE; THE EARLY SETTLEMENT PROGRAM PACKET
3. a. Party served *(specify name of party as shown on documents served)*:
   **PORTSMOUTH SQUARE, INC., A CALIFORNIA CORPORATION**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **MICHAEL ZYBALA - AGENT FOR SERVICE OF PROCESS**

4. Address where the party was served: **10940 WILSHIRE BLVD., SUITE 2150**
   **LOS ANGELES, CA 90024**

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:  (2) at *(time)*:

   b. [X] **by substituted service.** On *(date)*: 02/20/2014 at *(time)*: 01:15 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **NICK NGO - CO-WORKER**

   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: 02/21/2014 from *(city)*: LOS ANGELES       or [X] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/627017

| PETITIONER: EVON CORPORATION | CASE NUMBER: |
| --- | --- |
| RESPONDENT: JUSTICE INVESTORS., ET AL. | CGC-14-537426 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                               (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* **PORTSMOUTH SQUARE, INC., A CALIFORNIA CORPORATION**
    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)                   ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                    ☐ 415.46 (occupant)
                                                      ☐ other:

7. Person who served papers
  a. Name: **SHELDON GUILLORY C/O Nationwide Legal, LLC (12-234648)**
  b. Address: **1609 James M. Wood Blvd., 2nd Fl Los Angeles, CA 90015**
  c. Telephone number: **(213) 249-9999**
  d. The fee for service was:
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner     ☐ employee     ☒ **independent contractor.**
        (ii) Registration No.: **PSC # 2265**
        (iii) County: **ORANGE**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: **02/21/2014**
**Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com**

_____**SHELDON GUILLORY**_____     ▶ _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Feb-28-2014 1:59 pm

Case Number: CGC-14-537426

Filing Date: Feb-28-2014 1:59

Filed by: ANNA TORRES

Juke Box: 001    Image: 04395227

GENERIC CIVIL FILING (NO FEE)

EVON CORPORATION VS. JUSTICE INVESTORS,A CALIFORNIA LIMITED PARTNERSHIP et al

001C04395227

**Instructions:**
Please place this sheet on top of the document to be scanned.

By Fax

| Attorney or Party without Attorney:<br>ROBERT R. MOORE, SBN: 113818<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP<br>THREE EMBARCADERO CENTER, 12TH FL<br>SAN FRANCISCO, CA 94111<br>TELEPHONE No.: (415) 837-1515  FAX No. (Optional):  E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff EVON CORPORATION | FOR COURT USE ONLY<br>**FILED**<br>San Francisco County Superior Court<br>FEB 28 2014<br>CLERK OF THE COURT<br>BY _____ Deputy Clerk |
|---|---|
| Ref No. or File No.:<br>373860-00001 1859 | |
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - | |
| Plaintiff: EVON CORPORATION | |
| Defendant: JUSTICE INVESTORS., ET AL. | |

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE:<br>07/16/2014 | TIME:<br>10:30 am | DEPT.:<br>610 | CASE NUMBER:<br>CGC-14-537426 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons;Complaint;Alternative Dispute (ADR) package;Civil Case Cover Sheet (served in complex cases only);NOTICE TO PLAINTIFF RE: A CASE MANAGEMENT CONFERENCE; THE EARLY SETTLEMENT PROGRAM PACKET

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing:        February 21, 2014
   b. Place of Mailing:       LOS ANGELES, California
   c. Addressed as follows:   PORTSMOUTH SQUARE, INC., A CALIFORNIA CORPORATION
                              ATTENTION: MICHAEL ZYBALA - AGENT FOR SERVICE OF PROCESS
                              10940 WILSHIRE BLVD., SUITE 2150
                              LOS ANGELES, CA 90024

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service:
**Nationwide Legal, LLC (12-234648)**
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 21, 2014.

Signature: _____
RINA FLORES

**PROOF OF SERVICE BY MAIL**

Order#: 627017/mailproof



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet
Mar-10-2014 03:23 pm

Case Number: CGC-14-537426

Filing Date: Mar-10-2014 03:22 pm

Filed by: MICHAEL RAYRAY

Juke Box: 001    Image: 04405926

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

EVON CORPORATION VS. JUSTICE INVESTORS,A CALIFORNIA LIMITED PARTNERSHIP et al

001C04405926

**Instructions:**
Please place this sheet on top of the document to be scanned.

**By Fax**

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert R. Moore (Bar No. 113818) Michael J. Betz (Bar No. 196228)<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>Three Embarcedero Center, 12th Floor<br>San Francisco, CA 94111-4074<br>TELEPHONE NO: 415-837-1515  FAX NO. (Optional): 415-837-1516<br>E-MAIL ADDRESS (Optional): mbetz@allenmatkins.com<br>ATTORNEY FOR (Name): Plaintiff Evon Corporation | **FILED**<br>San Francisco County Superior Court<br>MAR 10 2014<br>CLERK OF THE COURT<br>BY: _____ Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Franicsco 94102
BRANCH NAME: Civic Center

PLAINTIFF/PETITIONER: Evon Corporation

DEFENDANT/RESPONDENT: Justice Investors, et al.

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER: CGC-14-537426

TO (insert name of party being served): Justice Investors

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: February 26, 2014

Michael J. Betz, Esq.
(TYPE OR PRINT NAME)

▶ *(Signature)* Michael J. Betz
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1. ☒ A copy of the summons and of the complaint.
2. ☒ Other (specify): Alternative Dispute Resolution package, Civil Case Cover Sheet, Notice re Case Management Conference, and Early Settlement Program Packet

(To be completed by recipient):

Date this form is signed: March 3, 2014

Justice Investors
TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED

▶ *(Signature)* Aaron O'Mayor
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory se<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|
| | | American LegalNet, Inc.<br>www.USCourtForms.com |



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Mar-10-2014 03:23 pm

Case Number: CGC-14-537426

Filing Date: Mar-10-2014 03:23 pm

Filed by: MICHAEL RAYRAY

Juke Box: 001    Image: 04405930

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

EVON CORPORATION VS. JUSTICE INVESTORS,A CALIFORNIA LIMITED PARTNERSHIP et al

001C04405930

**Instructions:**
Please place this sheet on top of the document to be scanned.

**By Fax**

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert R. Moore (Bar No. 113818) Michael J. Betz (Bar No. 196228)<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>Three Embarcedero Center, 12th Floor<br>San Francisco, CA 94111-4074<br>TELEPHONE NO.: 415-837-1515   FAX NO. (Optional): 415-837-1516<br>E-MAIL ADDRESS (Optional): mbetz@allenmatkins.com<br>ATTORNEY FOR (Name): Plaintiff Evon Corporation | FILED<br>San Francisco County Superior Court<br>MAR 10 2014<br>CLERK OF THE COURT<br>BY: _____<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS: 400 McAllister Street<br>CITY AND ZIP CODE: San Franicsco 94102<br>BRANCH NAME: Civic Center | |
| PLAINTIFF/PETITIONER: Evon Corporation<br>DEFENDANT/RESPONDENT: Justice Investors, et al. | |
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CGC-14-537426 |

TO (insert name of party being served): Geoffrey M. Palermo

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: February 26, 2014

Michael J. Betz, Esq.
(TYPE OR PRINT NAME)

▶ *Michael J Betz*
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):

1. ☒ A copy of the summons and of the complaint.
2. ☒ Other (specify): Alternative Dispute Resolution package, Civil Case Cover Sheet, Notice re Case Management Conference, and Early Settlement Program Packet

(To be completed by recipient):

Date this form is signed: March 3, 2014

Geoffrey M. Palermo
TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED

▶ *Sharon D May*
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory se<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|
| | | American LegalNet, Inc.<br>www.USCourtForms.com |