ARNOLD & PORTER LLP
SEAN M. SELEGUE (No. 155249)
Sean.Selegue@aporter.com
SHARON D. MAYO (No. 150469)
Sharon.Mayo@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California  94111
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

Attorneys for Defendants
JUSTICE INVESTORS, PORTSMOUTH SQUARE, INC. and GEOFFREY M. PALERMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVON CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>JUSTICE INVESTORS, a California limited partnership; PORTSMOUTH SQUARE, INC., a California Corporation; GEOFFREY M. PALERMO, an individual; DOES 1-20, inclusive,<br><br>                    Defendants. | Case No.  3:14-cv-01520<br><br>**DEFENDANT JUSTICE INVESTORS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. RULE CIV. P. 7.1** |

Defendant Justice Investors submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Justice Investors is a California limited partnership 93% owned by Portsmouth Square, Inc.

2. Portsmouth Square, Inc. is a wholly-owned subsidiary of Santa Fe Financial Corporation.

3. Santa Fe Financial Corporation is a publicly held corporation. The InterGroup Corporation owns 10% or more of Santa Fe Financial Corporation's stock.

4. The InterGroup Corporation is a publicly held corporation. No publicly held corporation owns 10% or more of The InterGroup Corporation's stock.

Dated: April 2, 2014.

        ARNOLD & PORTER LLP
        SEAN M. SELEGUE
        SHARON D. MAYO

        By: */s/ Sharon D. Mayo*
            SHARON D. MAYO

        Attorneys for Defendants JUSTICE INVESTORS, PORTSMOUTH SQUARE, INC. and GEOFFREY M. PALERMO

# PROOF OF SERVICE

I am a citizen of the United States employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Three Embarcadero Center, 10th Floor, San Francisco, CA 94111. On April 2, 2014, I served the following document(s) described as:

**DEFENDANT JUSTICE INVESTORS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. RULE CIV. P. 7.1**

on the interested parties in this action as shown below.

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Robert R. Moore
Michael L. Bertz
Cathy A. Hongola-Baptista
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

☑ **BY CERTIFIED MAIl/RETURN RECEIPT REQUESTED** I caused the sealed envelope(s) or package(s) to be deposited with postage fully prepaid thereon in the United States Mail in San Francisco, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐ **BY FEDERAL EXPRESS** I caused the sealed envelope(s) or package(s) to be delivered by Federal Express Priority Overnight (delivery by next business morning) to the offices of the addressee(s) by placing the envelope(s) or package(s) for collection and overnight delivery. I am "readily familiar" with this firm's practice of collection for overnight delivery. On the same day that envelopes or packages are placed for collection, they are either picked up by Federal Express or deposited at a facility regularly maintained by Federal Express in the ordinary course of business with the cost thereof billed to the firm's account.

☐ **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 2, 2014, at San Francisco, California.

☑ **FEDERAL** I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 2, 2014, at San Francisco, California.

_____
Jane Rustice