ARNOLD & PORTER LLP
SEAN M. SELEGUE (No. 155249)
Sean.Selegue@aporter.com
SHARON D. MAYO (No. 150469)
Sharon.Mayo@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Attorneys for Defendants
JUSTICE INVESTORS, PORTSMOUTH SQUARE, INC.,
and GEOFFREY M. PALERMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVON CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>JUSTICE INVESTORS, a California limited partnership; PORTSMOUTH SQUARE, INC. a California Corporation; GEOFFREY M. PALERMO, an individual; DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 3:14-cv-01520-EDL<br><br>**PROOF OF SERVICE**<br><br><br>(San Francisco County Superior Court Case No. CGC 14-537426) |

I, Marie Zambrano, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, 10th Floor, San Francisco, California 94111-4024. On April 3, 2014, I served the following document(s) described as:

1. ORDER SETTLING INITIAL CASE MANAGEMENT CONFERENCE FOR SECURITIES CLASS ACTIONS SUBJECT TO PRIVATE SECURITIES LITIGATION REFORM ACT (PSLRA) AND ADR DEADLINES
2. ADR HANDBOOK
3. STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION
4. CONSENT BROCHURE
5. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope and sent by **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

Allen Matkins Leck Gamble Mallory
    & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on April 3, 2014.

*/s/ Marie Zambrano*
Marie Zambrano

WEST:34662751v1

PROOF OF SERVICE