ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
CATHY A. HONGOLA-BAPTISTA (BAR NO. 234489)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
         mbetz@allenmatkins.com
         chongola@allenmatkins.com

Attorneys for Plaintiff
Evon Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVON CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTICE INVESTORS, a California limited partnership; PORTSMOUTH SQUARE, INC., a California Corporation; GEOFFREY M. PALERMO, an individual; DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 14-cv-01520-EDL<br><br>**PLAINTIFF EVON CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff Evon Corporation voluntarily dismisses the above-captioned action without prejudice.

Dated:  April 8, 2014

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
ROBERT R. MOORE
MICHAEL J. BETZ
CATHY A. HONGOLA-BAPTISTA


By: */s/ Robert R. Moore*
　　ROBERT R. MOORE
　　Attorneys for Plaintiff
　　Evon Corporation

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

920106.01/SF

Case No.  14-cv-01520-EDL
Plaintiff Evon Corporation's Notice of Voluntary
Dismissal Without Prejudice